UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  CHRISTOPHER A HICKS         Case #:        05-70414
    TONYA R HICKS

                 Chapter 13

                 Judge:        Preston

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated:        December 8, 2009        /s/ Frank M. Pees_____
                 Frank M. Pees
                 Chapter 13 Trustee


| Name and Address | Amount |
| --- | --- |
| Endeavor Financial Partners<br>Bankruptcy Department<br>Alpharetta, GA   30005 | $481.44 |